UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Criminal No. 10-20196

CURTICE M. BRAGG,

                                                 HON. PAUL D. BORMAN

    Defendant.

_____/

## **ORDER**

**IT IS ORDERED**, for reasons set forth more fully on the record at a de novo hearing held on May 3, 2010, that defendant's motion for revocation of the detention order is **DENIED** and the defendant is remanded to the custody of the United States Marshal pending trial.

                                                    S/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: May 3, 2010

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 3, 2010.

                                                    S/Denise Goodine

                                                    Case Manager